# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OTTER PRODUCTS, LLC, a Colorado Limited Liability,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>ANKE GROUP INDUSTRIAL LIMITED, a Chinese Company,<br><br>　　　　　　　　　　Defendant. | Case No. 2:13-cv-00029-MMD-PAL<br><br>ORDER |

Plaintiff Otter Products, LLC seeks leave to file under seal its attorneys' billing statement (Exhibit A to Declaration of Jonathan W. Fountain) in support of its request for an award of attorneys' fees. Plaintiff argues that the billing statement contains attorneys' billing rates which are trade secrets entitled to protection. The party seeking to seal bears the burden of overcoming the "strong presumption in favor of access" by meeting the "compelling reasons" standard. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). The Court finds that compelling reasons exist to seal Exhibit A because it contains detailed description of the legal services rendered to warrant protection as attorney-client communications and work product. It is therefore ordered that Lewis and Roca LLP's Motion to File Exhibit A to the Declaration of Jonathan W. Fountain in Support of Plaintiff's Motion for Default Judgment and Permanent Injunction Under Seal (dkt. no. 24) is granted.

ENTERED THIS 31st day of October 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE